**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1973**

LULU GIRMA,

        Plaintiff - Appellant,

    v.

U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:16-cv-00406-LO-IDD)

Submitted: February 23, 2017    Decided: February 27, 2017

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

LuLu Girma, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

LuLu Girma appeals from the district court's order dismissing his employment discrimination complaint without prejudice for failing to comply with the court's prior order directing him to pay the required filing fee.[*] We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Girma v. U.S. Equal Emp't Opportunity Comm'n, No. 1:16-cv-00406-LO-IDD (E.D. Va. filed July 26, 2016; entered July 27, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

---

[*] We conclude that the district court's order is final and appealable because the defect identified by the district court must be cured by something more than an amendment to the allegations in the complaint. See Goode v. Cent. Va. Legal Aid Soc'y, Inc., 807 F.3d 619, 623-24 (4th Cir. 2015).